

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. AP-76,056

**EX PARTE MICHAEL ROY TONEY, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 0676220D IN THE 297TH DISTRICT COURT
### TARRANT COUNTY

*Per Curiam. KELLER, P.J., would file and set. MEYERS, J., dissents.*

**O P I N I O N**

In his subsequent application for a writ of habeas corpus, Applicant claimed that the

State failed to disclose material evidence in violation of *Brady v. Maryland,* 373 U.S. 83

(1963). We determined that Applicant had met the requirements of Code of Criminal

Procedure Article 11.071, § 5, and we remanded to the trial court to resolve the claim and to

issue findings of fact and conclusions of law. After remand, the trial court signed "Agreed

Proposed Findings of Fact & Conclusions of Law" recommending that relief be granted on

Applicant's *Brady* claims. *Brady v. Maryland,* 373 U.S. 83 (1963). We have reviewed the

record and the agreed findings of fact and conclusions of law, and we conclude that they are

supported by the record.  Accordingly, we grant relief on Applicant's *Brady* claims, and we

remand the cause for a new trial.

DELIVERED: December 17, 2008
DO NOT PUBLISH